## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| GARY PEARLMAN, Derivatively on Behalf of Nominal Defendant Superior Offshore International, Inc., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LOUIS E. SCHAEFER, JAMES J. MERMIS, )<br>PATRICE CHEMIN, ROGER D. BURKS, )<br>R. JOSHUA KOCH, E. DONALD TERRY, )<br>LEON CODRON, JAMES L. PERSKY, and )<br>ERIC N. SMITH, )<br>)<br>Defendants, )<br>)<br>And )<br>)<br>SUPERIOR OFFSHORE INTERNATIONAL, )<br>INC. )<br>)<br>Nominal Defendant. ) | CIVIL ACTION NO. H-08-0740 |

## ORDER ON AGREED MOTION FOR STAY AND COORDINATION

IT IS HEREBY ORDERED AS FOLLOWS:

1. All defendants have waived service and entered their general appearances in this action;

2. The time at which defendants are now to move, answer, or otherwise plead to the plaintiff's pleading is extended. Defendants shall move, answer, or otherwise plead to the plaintiff's then current pleading on or before the 20th day after the stay provided by this order expires or is lifted;

#6223003                                     1

3. This action is stayed without waiver of any defenses (including, but not limited to, all arguments that the derivative plaintiffs failed to make a proper demand on Superior's Board or otherwise plead demand futility). The stay shall continue until the expiration of the discovery stay mandated by the Private Securities Litigation Reform Act in the Class Actions. Counsel for plaintiff and counsel for defendants shall jointly inform the court within 5 business days of the event that triggers the expiration of the stay;

4. Notwithstanding the stay, defendants shall furnish counsel in this case either copies of all policies of insurance that may cover the claims herein or the declaration pages to such policies along with information showing the policy limits and deductibles applicable to each such policy. Additionally, during this stay, all discovery furnished by defendants to plaintiffs in the related securities class action litigation presently pending before this court as Cause Nos. 4:08-CV-687, 4:08-CV-722 and 4:08-CV-987, and pending before the Western District of Louisiana as Cause No. 6:08-CV-00400 and the Eastern District of Louisiana as Cause No. 08-1157 (collectively, these and any other subsequently filed and related securities class actions involving Superior Offshore International, Inc. are referred to in the Order as the "Class Actions") shall be furnished at the same time to counsel in this action. If documents are produced during this stay, arrangements shall be made for those documents to be reviewed and provided at the same time as (or within a reasonable time shortly before or after), and on the same terms as their review by counsel for plaintiffs in the Class Actions;

5. All discovery, including production of documents, taken in the Class Actions during this stay and all documents produced during this stay, shall be deemed to have been produced or provided in response to appropriate discovery requests or production requests under

both the Texas Rules of Civil Procedure and under the Federal Rules of Civil Procedure. Both sets of rules shall apply to use of such documents in this case.

IT IS FURTHER HEREBY ORDERED that any subsequent shareholders derivative action filed in or transferred to the United States District Court for the Southern District of Texas shall be transferred to this court and consolidated with this case for all purposes and shall immediately be subject to this order.

IT IS FURTHER HEREBY ORDERED that lead counsel for this and any consolidated shareholders derivative actions is Marc Henzel of the law offices of Marc S. Henzel and plaintiffs' liaison counsel is David E. Sharp of Gunderson, Sharp & Walke, L.L.P.

SIGNED this 9th day of April, 2008.

UNITED STATES DISTRICT JUDGE

#6223003                                3