UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY PEARLMAN, Derivatively on Behalf of Nominal Defendant Superior Offshore International, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LOUIS E. SCHAEFER, JAMES J. MERMIS, PATRICE CHEMIN, ROGER D. BURKS, R. JOSHUA KOCH, E. DONALD TERRY, LEON CODRON, JAMES L. PERSKY, and ERIC N. SMITH, | ) ) ) ) ) ) ) | CIVIL ACTION NO. H-08-0740 |
| Defendants, | ) ) | |
| And | ) ) | |
| SUPERIOR OFFSHORE INTERNATIONAL, INC. | ) ) ) | |
| Nominal Defendant. | ) | |

## SUGGESTION OF BANKRUPTCY

Notice is hereby given that Superior Offshore International, Inc. filed a voluntary petition under chapter 11 of the Bankruptcy Code on April 24, 2008 in the United States Bankruptcy Court for the Southern District of Texas, case no. 08-32590-H2-11. Accordingly, the automatic stay imposed under section 362 of the Bankruptcy Code is in effect and no further proceedings shall be had in this action.

DATED: April 28, 2008

Respectfully submitted,

_____
Paul R. Bessette
Texas Bar No. 02263050
S.D. Bar No. 22453
Michael J. Biles

Texas Bar No. 24008578
S.D. Bar No. 23146
Laura Moriaty
Texas Bar No. 24046478
S.D. Bar No. 585270
Yusuf Bajwa
Texas Bar No. 24047754
S.D. Bar No. 650026
AKIN GUMP STRAUSS HAUER & FELD LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-3911
Tel: (512) 499-6200
Fax: (512) 499-6290

COUNSEL FOR DEFENDANTS
JAMES J. MERMIS, ROGER D. BURKS
AND NOMINAL DEFENDANT SUPERIOR
OFFSHORE INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ Michael J. Biles
Michael J. Biles